IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Roger Dale Curtis, #143635, ) | C/A NO. 3:10-3053-CMC-JRM |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| ) | |
| Jon Ozmint, Director of Department ) | |
| of Corrections; Samuel B. Glover, ) | |
| Director of Probation, Parole and Pardon ) | |
| Services; The Department of Corrections; ) | |
| The Department of Probation, Parole ) | |
| and Pardon Services; Heyward A. Hinton; ) | |
| Mr. Tommy Evans, Jr.; Mrs. Thompson; ) | |
| Mrs. Long; Mr. A. Padula; Mr. D. Nolan; ) | |
| Mrs. B. Reams; Mrs. G. White, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's *pro se* complaint, filed in this court pursuant to 42 U.S.C. § 1983.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this matter was referred to United States Magistrate Judge Joseph R. McCrorey for pre-trial proceedings and a Report and Recommendation ("Report"). On January 5, 2011, the Magistrate Judge issued a Report recommending that the complaint be dismissed without prejudice and without issuance and service of process. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. Plaintiff filed objections to the Report on February 4, 2011.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo*

determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b).

After conducting a *de novo* review as to objections made, and considering the record, the applicable law, the Report and Recommendation of the Magistrate Judge, and Plaintiff's objections, the court agrees with the analysis and conclusion of the Report. Accordingly, the court adopts and incorporates the Report and Recommendation by reference in this Order.

Plaintiff's objections are simply a more thorough attempt to provide additional argument and exhibits of matters presented in his complaint. Additional evidence notwithstanding, the infirmities in Plaintiff's complaint remain, and he simply does not state a claim upon which relief can be granted in this court.

This complaint is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
February 11, 2011

C:\Documents and Settings\Kgb07\Local Settings\Temp\notesE1EF34\10-3053 Curtis v. Ozmint adopt rr dism wo prej wo svc failure to state a claim.wpd